**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

In Re:   Case No.: 2–07–22372–JCN
Stephen R Riffle   SSN/TaxID: xxx–xx–5773   Chapter: 13
Lora P Riffle   xxx–xx–6920
Debtor(s)

---

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on January 24, 2008 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: January 24, 2008   Paul R. Warren
  Clerk, U.S. Bankruptcy Court

  By:  P. Finucane
  Deputy Clerk

**Form ntcentry**
Doc 56